BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
DAVID G. ROBINS, IDAHO STATE BAR NO. 8494
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JAN 14 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHANIEL MICHAEL WEST,<br><br>Defendant. | Case No.  CR 20-0014-S BLW<br><br>**INDICTMENT** |

The Grand Jury charges:

### COUNT ONE

**Mailing Threatening Communications**
**18 U.S.C. § 876(c)**

On or about August 22, 2019, in the District of Idaho, the defendant, NATHANIEL MICHAEL WEST, knowingly and willfully did deposit in any authorized depository for mail, to be sent and delivered by the U.S. Postal Service, and knowingly caused to be delivered by the U.S. Postal Service according to directions thereon, a communication, addressed to Jethelyn Harrington, Office of the Public Defenders, Attorney at Law, Twin Falls County, 233 Gooding

**INDICTMENT** - 1

St. N, P.O. Box 126, Twin Falls, ID 83303-0126, and containing threats to injure Jethelyn Harrington, her family, and Alexis Ellifrits, all in violation of Title 18 of the United States Code, Section 876(c).

Dated this 14 day of January, 2020.

A TRUE BILL

/s/ *[signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

DAVID G. ROBINS
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT** - 2